| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Traffic, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  Traffic  
DBA  Traffic Shoe  
DBA  Traffic Shoes

**3. Debtor's federal Employer Identification Number (EIN)**  
59-2268839

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10701 NW 127 St**<br>**Medley, FL 33178**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Miami-Dade**<br>County | **Location of principal assets, if different from principal place of business**<br>**Various retail stores located in several states in the US and Puerto Rico**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 1

Debtor **Traffic, Inc.** Case number (*if known*)
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **4482**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.
■ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | **Southern District of Florida** | | **1/04/16** | | **16-10060-RAM** | |
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Goodman and Dominguez, Inc.** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **Southern District of Florida** | When **6/09/17** | Case number, if known **17-17237-AJC** |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

| Debtor | **Traffic, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | | |
|---|---|---|
| Debtor | **Traffic, Inc.** | Case number (*if known*) _____ |
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June  9, 2017**
            MM / DD / YYYY

**X** **/s/ David Goodman**                             **David Goodman**
Signature of authorized representative of debtor        Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ Joshua W. Dobin**                           Date **June  9, 2017**
Signature of attorney for debtor                             MM / DD / YYYY

**Joshua W. Dobin**
Printed name

**Meland Russin & Budwick, P.A.**
Firm name

**200 South Biscayne Boulevard**
**Suite 3200**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone  **(305) 358-6363**         Email address _____

**93696**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

## United States Bankruptcy Court
### Southern District of Florida

In re   **Traffic, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **David Goodman**, declare under penalty of perjury that I am the **President** of **Traffic, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 9th day of June, 2017.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Goodman**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David Goodman**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David Goodman**, **President** of this Corporation is authorized and directed to employ Joshua W. Dobin 93696, attorney and the law firm of **Meland Russin & Budwick, P.A.** to represent the corporation in such bankruptcy case."

Date   June 9, 2017

Signed   /s/**David Goodman**
**David Goodman**

Resolution of Board of Directors
of
**Traffic, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Goodman**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David Goodman**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David Goodman**, **President** of this Corporation is authorized and directed to employ Joshua W. Dobin 93696, attorney and the law firm of **Meland Russin & Budwick, P.A.** to represent the corporation in such bankruptcy case.

Date  June 9, 2017                          Signed  /s/**David Goodman**
                                                    **David Goodman**

Fill in this information to identify the case:

Debtor name: **Traffic, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Hialeah Water and Sewer 3700 W. Fourth Ave Hialeah, FL 33012-4298 | | Utilities | | | | $44.13 |
| City of Savannah Water Utilites 132 E. Brought St. Savannah, GA 31402 | | Utilities | | | | $71.33 |
| Hoover Mall Limited LLC SDS 12-2446 P.O. Box 86 Minneapolis, MN 55486 | | Pending litigation re Store 65 - Riverchase Mall: Lease for commerical space at 3000 Riverchase Galleria Space # 217 Hoover, Al 35244, term expires 04 | Disputed | | | $93,025.31 |
| LSREF2 Clover Property 18 LLC % RD Management LLC 810 Seventh Ave, 10 FL Attn: Legal Dept. New York, NY 10019 | | Store 24 - University Mall: Lease for commercial space at 2214 University Dr. Tampa FL 33612, term expires 1/31/2018 | Unliquidated | | | $4,166.67 |
| Oglethorpe Mall LLC SDS 12-1640 P.O. Box 86 Minneapolis, MN 55486 | | Store 51 - Oglethorpe Mall: Lease for commercial space at 7804 Abercorn St. Ste # 87A Savannah, GA 31406, term expires 07/31/2018 | Unliquidated | | | $13,893.21 |

Debtor **Traffic, Inc.**                                                           Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Olympic II Mall Services**<br>**P.O Box 19930**<br>**Fountain Hills, AZ 85269-9930** | | Trade Debt | | | | $6.74 |
| **Peachtree Mall LLC**<br>**SDS 12-2330**<br>**P.O. Box 86**<br>**Minneapolis, MN 55486** | | Store 55 - Peachtree Mall: Lease for commercial space at 3131 Manchester Expw Columbus, GA 31909, term expires 07/31/2018 | Unliquidated | | | $7,761.17 |
| **Precision Waste Solutions, LLC**<br>**P.O. Box 18856**<br>**Shreveport, LA 71138** | | Utilties | | | | $60.00 |
| **Rouse SI Shopping Center LLC**<br>**SDS 12-2730**<br>**P.O. Box 86**<br>**Minneapolis, MN 55486** | | Store 58 - Staten Island Mall: Lease for commercial space at 2655 Richmond Ave. Ste. 2535 Staten Island, NY 10314, month to month (after 12/31/15) | Unliquidated | | | $21,675.99 |
| **SC Mota Associates Limited Partnership**<br>**7827 W. Flagler St**<br>**Miami, FL 33144** | | Store 8 - Mall Of America: Lease for commercial space at 7795 W. Flagler St # 21 Miami FL 33144, term expires 1/31/2016 | Unliquidated | | | $0.00 |
| **Town of Medley Storm Water Utility**<br>**7777 NW 72 Avenue**<br>**Miami, FL 33166** | | Utilities | | | | $996.00 |
| **Township of Freehold Water & Sewer Dept**<br>**1 Municipal Plaza**<br>**Freehold, NJ 07728-3099** | | Utilities | | | | $90.25 |

Debtor **Traffic, Inc.**　　Case number *(if known)*
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.K. LaSalle, Inc.**  **SDS 12-1662**  **P.O. Box 86**  **Minneapolis, MN 55486** | | **Store 53 -Cumberland Mall: Lease for commercial space at 1417 Cumberland Mall Space #208 Atlanta, GA 30339, term expires 07/31/2018** | **Unliquidated** | | | $18,005.34 |
| **Village of Nyack Water Dept**  **9 No Broadway**  **Nyack, NY 10960** | | **Utilities** | | | | $27.15 |
| **Washington Suburban Sanitary Commission**  **14501 Sweitzer Lane**  **Laurel, MD 20707-5901** | | **Utilities** | | | | $25.55 |

City of Hialeah Water and Sewer
3700 W. Fourth Ave
Hialeah, FL 33012-4298


City of Savannah Water Utilites
132 E. Brought St.
Savannah, GA 31402


Hoover Mall Limited LLC
SDS 12-2446
P.O. Box 86
Minneapolis, MN 55486


LSREF2 Clover Property 18 LLC
% RD Management LLC
810 Seventh Ave, 10 FL
Attn: Legal Dept.
New York, NY 10019


Oglethorpe Mall LLC
SDS 12-1640
P.O. Box 86
Minneapolis, MN 55486


Olympic II Mall Services
P.O Box 19930
Fountain Hills, AZ 85269-9930


Peachtree Mall LLC
SDS 12-2330
P.O. Box 86
Minneapolis, MN 55486


Precision Waste Solutions, LLC
P.O. Box 18856
Shreveport, LA 71138


Rouse SI Shopping Center LLC
SDS 12-2730
P.O. Box 86
Minneapolis, MN 55486


SC Mota Associates Limited Partnership
7827 W. Flagler St
Miami, FL 33144

Town of Medley Storm Water Utility
7777 NW 72 Avenue
Miami, FL 33166


Township of Freehold Water & Sewer Dept
1 Municipal Plaza
Freehold, NJ 07728-3099


U.K. LaSalle, Inc.
SDS 12-1662
P.O. Box 86
Minneapolis, MN 55486


Village of Nyack Water Dept
9 No Broadway
Nyack, NY 10960


Washington Suburban Sanitary Commission
14501 Sweitzer Lane
Laurel, MD 20707-5901


CBRE
Attn: Marc Scaffe
101 E. Kennedy Blvd
Suite 1500
Tampa, FL 33602


Cumberland Mall
Attn: Law/Lease Administration Departmen
110 N. Wacker Dr.
Chicago, IL 60606


Cumberland Mall
Attn: Law/Lease Administration Dept.
110 N. Wacker Dr.
Chicago, IL 60606


Cumberland Mall
Attn: General Manager
1000 Cumberland Mall
Atlanta, GA 30339


Cumberland Mall  Attn: General Manager
1000 Cumberland Mall
Atlanta, GA 30339

```
GGP Staten Island Mall LLC
SDS-12-2730
PO Box 86
Minneapolis, MN 55486-2730


Goodman and Dominguez, Inc.
10701 NW 127 St
Medley, FL 33178


Oglethorpe Mall
110 N. Wacker Dr.
Chicago, IL 60606


Oglethorpe Mall
7804 Abercorn Street
Savannah, GA 31406


Peachtree Mall
110 N. Wacker Dr.
Chicago, IL 60606


Peachtree Mall
Attn: General Manager
3131 Manchester Expressway
Columbus, GA 31909


Riverchase Galleria
110 N. Wacker Dr.
Chicago, IL 60606


Riverchase Galleria
Attn:  General Manager
3000 Riverchase Galleria Suite #1000
Birmingham, AL 35244


Riverchase Galleria
Attn:  General Manager
3000 Riverchase Galleria
Suite 1000
Birmingham, AL 35244


SC Mota Associates, LP
340 Royal Poinciana Way
Suite 316
Palm Beach, FL 33480
```

```
Staten Island
Attn:  General Manager
2655 Richmond Ave.
Staten Island, NY 10314


Staten Island Mall
110 N. Wacker Dr.
Chicago, IL 60606


Staten Island Mall
 Attn:  General Manager
2655 Richmond Ave.
Staten Island, NY 10314


University Mall Management Office
Attn: Thomas A. Locke
2200 E. Fowler Ave.
Tampa, FL 33612


David Goodman
10701 NW 127 St
Medley, FL 33178
```